UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO.:15-4812

DIVISION ""

JAMAAL FORD and SHANNON JONES

v.

EPIC DIVING & MARINE SERVICES, LLC also known as EPIC DIVERS & MARINE, A TETRA COMPANY

FILED:_____          _____
                                                                                  DEPUTY CLERK

## INTRODUCTION

1. This action is brought by Plaintiffs Jamaal Ford and Shannon Jones against their former employer, Epic Diving & Marine Services, LLC, to secure redress for Defendant's violation of Plaintiffs' civil rights to be free from employment discrimination on the basis of race or color.

2. Plaintiffs suffered racial discrimination at their former place of employment by not being given the same opportunities as white employees and by suffering from racial comments made to them in the workplace.

3. Defendant Epic Diving & Marine Services, LLC, (hereinafter "Epic"), also known as Epic Divers & Marine, a Tetra Company, ultimately fired Plaintiffs after Plaintiffs complained about racial inequality at the workplace.

4. The conduct of the Defendants was discriminatory because it was based on race and color.

## JURISDICTION

5.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that this case arises under federal law, specifically, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

## VENUE

6.  Venue is proper in the Eastern District of Louisiana pursuant to Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), because the unlawful employment discrimination giving rise to Plaintiffs' claims occurred in this District.

## PARTIES

7.  Plaintiff, Jamaal Ford, is a resident of the Parish of Plaquemines, State of Louisiana.

8.  Plaintiff, Shannon Jones, is is a resident of the Parish of Plaquemines, State of Louisiana.

9.  Defendant, Epic Diving & Marine Services, LLC, (hereinafter "Epic"), also known as Epic Divers & Marine, a Tetra Company, is a corporation domiciled in Delaware and maintaining a principal place of business at 10656 Highway 23, Belle Chase, Louisiana 70037.

## FACTS

10. Plaintiffs, Jamal Ford and Shannon Jones, were hired by Epic on or around May 1, 2014, to work as shop hands at Epic's facility, located in Belle Chase, Louisiana.

11. After commencing their employment, Plaintiffs became aware of, and suffered, disparate treatment at the hands of their employer, Epic.

12. Plaintiffs were not promoted at the same rate as white employees who were hired at the same time as Plaintiffs and had less experience than Plaintiffs.

13. White employees were hired as permanent employees and given more favorable work conditions, assignments, and benefits, while black employees were denied same on the basis of race or color.

14. In addition to not being hired full time and not being promoted at the same rate as white employees, Plaintiffs felt and suffered racial tensions throughout their employment with Epic.

15. Racial tensions were made particularly apparent when Plaintiffs' supervisor, Mark, made crass and crude comments based on race or color after a hangman's noose and racial graffiti was discovered near Belle Chase and gained prominent news attention.

16. Mark's comments were condoned and affirmed by other white employees at Epic.

17. On October 14, 2014, at a morning meeting around 8:00a.m., Plaintiff Jones complained about racial inequalities during a morning employee meeting and was immediately terminated from his employment at Epic.

18. At approximately the same date and time, on October 14, 2014, around one o'clock p.m. (1:00p.m.), Plaintiff Ford expressed concern to Mark over the racial comments from earlier in the day and Plaintiff Jones's termination. Around five o'clock p.m. was informed that he was being terminated from his work at Epic.

19. Plaintiffs Ford and Jones were told they were being terminated due to a reduction in force.

20. Defendant employs approximately 201-500 people.

21. The events complained of herein took place on or around the following dates or time period: from May 2014 until October 2014.

22. Plaintiff Ford filed charges on October 29, 2014, with the Louisiana Commission on Human Rights and/or the Equal Employment Opportunity Commission (EEOC)

23. Plaintiff Jones filed charges on November 4, 2014, with the Louisiana Commission on Human Rights and/or the Equal Employment Opportunity Commission (EEOC)

24. Plaintiff Ford received a right to sue letter on June 30, 2015. A copy of the right to sue letter is attached hereto.

25. Plaintiff Jones received a right to sue letter on July 7, 2015. A copy of his right to sue letter is attached hereto.

## CLAIMS FOR RELIEF

26. Plaintiffs Ford and Jones repeat and reallege the allegations set forth in Paragraphs 1 through 25 as though fully set forth herein.

27. An actual controversy exists between Plaintiffs and Defendant regarding their respective rights and duties. Plaintiffs seek a judicial declaration of the rights and duties of the respective parties, including a declaration that Defendants' conduct violated Title VII of the Civil Rights Act of 1964.

28. Plaintiffs believe, and thereon allege, that Defendant denies that its actions and/or failures to act were unlawful. Declaratory relief is therefore necessary and appropriate at this time so that Plaintiffs can ascertain their rights.

29. Defendants intentionally acted or failed to act as herein alleged on the basis of Plaintiffs' race or color.

30. As a proximate result of Defendant's discriminatory actions, Plaintiffs have suffered losses in compensation, earning capacity, humiliation, mental anguish, and emotional distress. As

a result of such actions and consequent harms, Plaintiffs have suffered such damages in an amount to be proved at trial.

31. Defendant acted or failed to act as herein alleged intentionally, willfully, maliciously, or with reckless indifference to the protected rights of Plaintiffs Ford and Jones. Plaintiffs are thus entitled to recover punitive damages in an amount to be determined according to proof.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs Jamaal Ford and Shannon Jones request that this Court:

1. Enter a declaratory judgment that the practices complained of in this complaint are unlawful and violate Title VII of the Civil Rights Act of 1964;

2. Grant all injunctive relief necessary to bring Defendants into compliance with the aforementioned laws;

3. Order Defendant to reinstate Plaintiffs Ford and Jones to their former positions;

4. Order Defendants to pay the wages, salary, employment benefits, and other compensation denied or lost to Plaintiffs Ford and Jones to date by reason of Defendant's unlawful actions, in amounts to be proven at trial;

5. Order Defendant to pay compensatory damages for Plaintiffs Ford and Jones's emotional pain and suffering, in an amount to be proven at trial;

6. Order Defendant to pay exemplary and punitive damages;

7. Order Defendant to pay attorneys' fees and costs of the action;

8. Order Defendant to pay interest at the legal rate on such damages as appropriate, including pre- and post-judgment interest; and

9.  Grant any further relief that the Court deems just and proper.

          Respectfully submitted,

          **WOLFE, BEGOUN & PICK, LLC**

          s/Michael J. Begoun
          MICHAEL J. BEGOUN (LSB # 2905)
          MARK R. WOLFE (LSB # 13633)
          T. DANIEL PICK (LSB # 21021)
          NANCY S. SILBERT (LSB # 01597)
          MICHAEL S. FINKELSTEIN (LSB #35476)
          **Wolfe, Begoun & Pick, L.L.C.**
          818 Howard Avenue, Suite 100
          New Orleans, Louisiana 70113
          Telephone: (504)569-9500
          Facsimile: (504)569-9005
          mbegoun@wbplaw.com
          ***Attorneys for Plaintiffs, Jamaal Ford and Shannon Jones***

**PLEASE SERVE:**

Epic Diving & Marine Services, LLC
Through their registered agent for Service of Process
CT Corporation System
5615 Corporate Blvd. Suite 400B
Baton Rouge, LA 70808