UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMAAL FORD AND SHANNON JONES, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 2:15-cv-04812-JCZ-KWR |
| EPIC DIVING & MARINE SERVICES, LLC a/k/a EPIC DIVERS & MARINE, A TETRA COMPANY | § § § § § § § | |
| Defendant. | § | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the parties' joint stipulation of dismissal with prejudice. Based on the parties' stipulation, the Court hereby ORDERS that this case be DISMISSED with prejudice, with the parties bearing their own court costs and attorneys' fees.

Entered this __17th__ day of June, 2016.

_____
Judge Jay C. Zainey